[No. 31760-9-III.   Division Three.   July 3, 2014.]

THE STATE OF WASHINGTON, *Appellant*, v. DOUGLAS JOHN NELSON, *Respondent*.

Appeal from a judgment of the Superior Court for Spokane County, No. 12-1-00619-0, James M. Triplet, J., entered June 10, 2013. *Reversed* and *remanded* by unpublished opinion per Korsmo, J., concurred in by Siddoway, C.J.; Fearing, J., concurring separately.

[No. 32159-2-III.   Division Three.   July 3, 2014.]

*In the Matter of the Marriage of* JAMES E. PARSONS, *Respondent*, and BOBETTE C. PARSONS, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 10-3-00130-1, James R. Orlando, J., entered July 13, 2012. *Affirmed in part, reversed in part,* and *remanded with instructions* by unpublished opinion per Fearing, J., concurred in by Korsmo and Lawrence-Berrey, JJ.

[No. 68353-5-I.   Division One.   July 7, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. JAMES PIERPOINT BULAH III, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 11-1-06508-8, Susan J. Craighead, J., entered January 27, 2012. *Dismissed* by unpublished per curiam opinion.

[No. 70142-8-I.   Division One.   July 7, 2014.]

BN BUILDERS, INC., *Appellant*, v. THE DEPARTMENT OF LABOR AND INDUSTRIES ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 12-2-25999-2, Lori Kay Smith, J., entered March 13, 2013. *Affirmed* by unpublished opinion per Leach, J., concurred in by Appelwick and Lau, JJ.